# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. TRAVIS AUALA                                    Docket No. 3:02CR00191(CFD)

## PETITION ON PROBATION AND SUPERVISED RELEASE

FILED

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Travis Auala who was sentenced to 30 months' incarceration for a violation of 21 U.S.C. 841(a)(1) and 841(b)(1)(B)(iii), Possession with Intent to Distribute Cocaine Base, by the Honorable Christopher F. Droney, U.S. District Judge, sitting in the court at Hartford, Connecticut, on June 25, 2003, who fixed the period of supervision at four years which commenced on November 25, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant is required to participate in a substance abuse program approved by the U.S. Probation Office; and 2) The defendant is prohibited from possessing a firearm or other dangerous weapon.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Mandatory Condition: "You shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance."

Special Condition: "The defendant is prohibited from possessing a firearm or other dangerous weapon."

### Facts of Violation

On June 10, 2006, Meriden Police were dispatched to Midstate Medical Center on a report of a stabbing victim. Upon arrival at the hospital, police officers were informed that the victim, Ramon Cabassa, age 26, had died as a result of his wounds. The police then developed information from witnesses that earlier Mr. Auala was in a vehicle with other individuals that was following a car operated by the victim. Both vehicles stopped in front of the Meriden Police Department on West Main Street. During an altercation, Mr. Auala was reportedly hit by the victim's car, after which he allegedly reached into the driver's side window and fatally stabbed the victim. Mr. Auala was arrested by Meriden Police on June 15, 2006, and charged with Murder (C.G.S. 53a-54a) and Conspiracy to Commit Murder (C.G.S. 53a-48). The defendant is being held on a $1 million bond and the matter is pending under docket number NNH-CR06-235000 in the Judicial District Court of New Haven.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to be lodged as a detainer and the period of supervision be tolled.

**ORDER OF COURT**

Considered and ordered this 31st day of July, 2006 and ordered filed and made a part of the records in the above case.

The Honorable Christopher F. Droney
United States District Judge

Sworn to By _____
United States Probation Officer

Place Hartford, CT
Date 7/31/06

Before me, the Honorable Christopher F. Droney United States District Judge, on this 31st day of July, 2006 at Hartford, Connecticut, U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Christopher F. Droney
United States District Judge