THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, NORTHERN CORRECTIONAL INSTITUTION, SOMERS, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of **TRAVIS AUALA** now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said **TRAVIS AUALA** before the United States District Court, District of Connecticut, at the United States Courthouse, **450 Main Street, Hartford**, Connecticut, on **Friday, October 5, 2007**, or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **TRAVIS AUALA** for violation of Title 18, United States Code, Section 3583, and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said **TRAVIS AUALA** to the Warden, **Northern Correctional Institution, Somers**, Connecticut, for safe and secure conduct.

_____
CLERK, UNITED STATES DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at New Haven, Connecticut,
this _____ day of ____, 200_.

_____
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE